UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Criminal Case No. 08-182 (JDB) |
| | ) |
| SAS CARGO GROUP A/S | ) |
| | ) |

**FILED**

JUL 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WAIVER OF INDICTMENT

I, **SAS CARGO GROUP A/S**, the above-name defendant, who is accused of

**Antitrust Violations**
**15 USC 1**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on **July 21, 2008** prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Mats Lonnkvist, Sr. Vice Pres/General Counsel

_____
Counsel for Defendant

Before _____   Date: _____
Judge John D. Bates