CO-526
(12/86)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUL 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 08-182 (JDB)
)
)
**SAS CARGO GROUP A/S** )

WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Mats Lonnkvist, Sr. Vice Pres/General Counsel

_____
Counsel for defendant

I consent:

_____
Assistant United States Attorney

Approved:

_____   Date: _____
Judge John D. Bates