FILED

JUL 2 1 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**SAS Cargo** — Minutes of meeting
By telephone conference
Keeper of minute: Bent Kemplar, Kromann Reumert

Date of meeting 24 June 2008
Date of minutes 24 June 2008

**Participants from the board of directors**
Benny Zakrisson
Hans-Henrik Hedegaard
Karl Sandlund
Erik Berggren-Lindberg
Göran Lindh
Gunnar Holm
Morten Larsen

**Participants from the management:**
Kenneth Marx, CEO
Søren Busk, CFO

**Other participants:**
Mats Lönnkvist, General Counsel SAS AB
Bent Kemplar, Kromann Reumert
Christina Schmidt, Kromann Reumert

### SAS Cargo Group A/S – Board meeting no. 32

**Info/Responsible**

Benny Zakrisson welcomed the participants and noted that all members of the board of directors were present.

Benny Zakrisson informed that as Sanne Weidner was absent from the meeting Bent Kemplar of the law firm Kromann Reumert had been appointed to keep the minutes.

1  **Approval of agenda**

The agenda had not been distributed to the directors before the meeting, but the directors approved the following agenda at the meeting.

- Approval of agenda
- Approval of a plea agreement with the United States Department of Justice and to authorize SAS AB's General Counsel, Mats Lönnkvist or Senior Legal Counsel Sanne Weidner to represent SAS Cargo Group A/S in connection thereto
- Miscellaneous

2  **Approval of a plea agreement with the United States Department of Justice etc.**

It had been proposed to approve a plea agreement between SAS Cargo Group A/S and the United States Department of Justice ("Plea Agreement") on the following terms.

- SAS Cargo Group A/S will plead guilty to participating in a con-

179

spiracy to suppress competition by fixing one or more components of cargo rates from February 2002 to February 2006,

- SAS Cargo Group A/S will pay a fine of USD 52 million;

- SAS Cargo Group A/S will fully cooperate with the United States Department of Justice's ongoing investigation, and

- The United States Department of Justice will not bring further criminal charges against SAS Cargo Group A/S or any of its current or former directors, officers or employees for any offense committed before the date of the Plea Agreement that was undertaken in furtherance of the conspiracy concerning air cargo pricing, provided, however, that the United States Department of Justice reserves the right to bring charges against four individuals identified by name in the Plea Agreement.

It was further proposed to authorize SAS AB's General Counsel, Mats Lönnkvist or Senior Legal Counsel Sanne Weidner to execute the Plea Agreement on behalf of SAS Cargo Group A/S.

Finally it was proposed to authorize SAS AB's General Counsel, Mats Lönnkvist or Senior Legal Counsel Sanne Weidner to appear in the United States District Court on behalf of SAS Cargo Group A/S and to enter a guilty plea on behalf of SAS Cargo Group A/S.

Mats Lönnkvist explained the process and outlined the content of the Plea Agreement and the required authorizations.

The board of directors discussed the Plea Agreement, including alternatives thereto and any implications thereof to the class action and the case pending with the EU competition authorities.

<u>The board of directors unanimously approved</u> the entering into the Plea Agreement and granted the authorizations set out above.

3.  **Miscellaneous**

The secrecy obligation regarding the above mentioned matters was impressed on the participants.

The minutes of the board meeting will be distributed by e-mail to the participants for signature.

178

**SAS Cargo**

**Bestyrelsesprotokollat**
Telefonmøde
Referent Bent Kemplar, Kromann Reumert

Mødedato 24. juni 2008
Dato for referat 24. juni 2008

**Deltagere:**
Benny Zakrisson
Hans-Henrik Hedegaard
Karl Sandlund
Erik Berggren-Lindberg
Göran Lindh
Gunnar Holm
Morten Larsen

**Fra direktionen deltog:**
Kenneth Marx, adm. direktør
Søren Busk, økonomidirektør

**Øvrige deltagere:**
Mats Lonnkvist, General Counsel SAS AB
Bent Kemplar, Kromann Reumert
Christina Schmidt, Kromann Reumert

**SAS Cargo Group A/S – Bestyrelsesmøde nr. 32**                             **Info/Ansvarlig**

Benny Zakrisson bød velkommen og noterede sig, at samtlige medlemmer var mødt.

Benny Zakrisson oplyste, at i Sanne Weidners fravær var Bent Kemplar fra advokatfirmaet Kromann Reumert udpeget til at føre bestyrelsens protokol.

1  **Godkendelse af agenda**

Agendaen var ikke udsendt forinden mødet, men bestyrelsen godkendte følgende dagsorden på mødet:

- Godkendelse af agenda
- Godkendelse af en forligsaftale med det amerikanske justitsministerium samt bemyndigelse af SAS AB's General Counsel, Mats Lönnkvist, eller Senior Legal Counsel Sanne Weidner til at repræsentere SAS Cargo Group A/S i forbindelse hermed
- Eventuelt

2  **Godkendelse af en forligsaftale med det amerikanske justitsministerium mv.**

Det var foreslået at godkende en forligsaftale mellem SAS Cargo Group A/S og det amerikanske justitsministerium ("Forligsaftalen"), der omfatter følgende vilkår:

179

- SAS Cargo Group A/S erklærer sig skyldig i deltagelse i et ulovligt samvirke til begrænsning af konkurrencen ved fastsættelse af et eller flere elementer i fragtraterne fra februar 2002 til februar 2006;
- SAS Cargo Group A/S betaler en bøde på USD 52 millioner;
- SAS Cargo Group A/S samarbejder fuldt ud med det amerikanske justitsministeriums igangværende undersøgelse; og
- Det amerikanske justitsministerium rejser ingen yderligere strafferetlige sigtelser mod SAS Cargo Group A/S eller nogen af dets nuværende eller tidligere bestyrelsesmedlemmer, ledelsesmedlemmer eller medarbejdere for eventuelle strafbare forhold begået forud for datoen for Forligsaftalens indgåelse til fremme af det ulovlige samvirke angående prisfastsættelsen på luftfragt, dog således, at det amerikanske justitsministerium forbeholder sig ret til at rejse tiltale mod fire enkeltpersoner nævnt ved navn i Forligsaftalen.

Det var endvidere foreslået at bemyndige SAS AB's General Counsel, Mats Lönnkvist, eller Senior Legal Counsel Sanne Weidner til at underskrive Forligsaftalen på vegne SAS Cargo Group A/S.

Endelig var det foreslået at bemyndige SAS AB's General Counsel, Mats Lönnkvist, eller Senior Legal Counsel Sanne Weidner til at give møde i United States District Court for SAS Cargo Group A/S og afgive skylderkendelse på vegne SAS Cargo Group A/S.

Mats Lönnkvist redegjorde for forløbet samt for indholdet af Forligsaftalen samt de krævede bemyndigelser.

Bestyrelsen drøftede Forligsaftalen, herunder alternativer hertil samt eventuelle implikationer heraf på massesøgsmålet samt den verserende sag for EU konkurrencemyndighederne.

<u>Bestyrelsen godkendte enstemmigt</u> og med samtlige stemmer indgåelse af Forligsaftalen samt meddelelse af bemyndigelserne som anført ovenfor.

3. **Eventuelt**

Tavshedspligten vedrørende ovennævnte forhold blev særligt indskærpet.

Protokollat over bestyrelsesmødet vil blive rundsendt pr. e-mail til underskrivelse.

180

Idet der ikke var yderligere, afsluttede formanden mødet.

Benny Zakrisson
Bestyrelsesformand

Hans-Henrik Hedegaard

Erik Berggren-Lindgren

Karl Sandlund

Morten Jørn Larsen

Göran Lindh

Gunnar Holm